IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

NVR, INC.,

                    Plaintiff,

v.                              //   CIVIL ACTION NO. 1:14CV63
                                     (Judge Keeley)

JAMES J. PRUTILPAC, SR. and
CHRISTIN R. PRUTILPAC,

                    Defendants.

### ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DEADLINE FOR DISCLOSURE OF EXPERTS AND SUBMISSION OF DAUBERT MOTIONS [DKT. NO. 15]

On February 26, 2015, the defendants filed an unopposed motion asking for leave to extend the deadlines for their expert disclosures and submission of Daubert motions.  For good cause shown, the Court **GRANTS** the motion and **MODIFIES** the Scheduling Order (Dkt. No. 12) as follows:

•    Defendants' expert disclosures due by March 4, 2015;

•    Defendants must make their experts available for deposition prior to March 31, 2015; and,

•    Daubert motions due by April 20, 2015.

All other deadlines in the Court's Scheduling Order remain in effect.

It is so **ORDERED**.

**NVR, INC., v. PRUTILPAC, ET AL.**                                    **1:14CV63**

### ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DEADLINE FOR DISCLOSURE OF EXPERTS AND SUBMISSION OF DAUBERT MOTIONS [DKT. NO. 15]

The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: February 26, 2015.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

2